## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Lubomir Matavka | ) | Case No. 15 C 10330 |
|      Plaintiff(s) | ) | |
| v. | ) | |
| | ) | |
| Board of Education of J. Sterling Morton High | ) | |
| School District 201 | | |
|      Defendant(s) | | |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

           □       in favor of plaintiff(s)
                   and against defendant(s)
                   in the amount of $            ,

                       which □ includes            pre–judgment interest.
                               □ does not include pre–judgment interest.

      Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

      Plaintiff(s) shall recover costs from defendant(s).

---

           □       in favor of defendant(s)
                   and against plaintiff(s)

.

      Defendant(s) shall recover costs from plaintiff(s).

---

           ☒       other The Complaint is dismissed. And because this Court finds unpersuasive the earlier effort by plaintiff's counsel to reshape the straightforward allegations of the Amended Complaint, which describe the disgusting conduct to which Matavka was subjected, into a different mold that might perhaps survive the flat-out holding in Hively, plaintiff Matavka's action is dismissed as well.

This action was *(check one)*:

□      tried by a jury with Judge     presiding, and the jury has rendered a verdict.
□      tried by Judge         without a jury and the above decision was reached.
☒      decided by Judge Milton I. Shadur on a motion to dismiss.

Date:  8/1/2016                         Thomas G. Bruton, Clerk of Court

                                                Carol Wing,, Deputy Clerk

ILND 450 (Rev. 10/13) Judgment in a Civil Action