# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

February 24, 2017

*By the Court:*

| | |
|---|---|
| No. 16-3298 | LUBOMIR MATAVKA,<br>Plaintiff - Appellant<br><br>v.<br><br>BOARD OF EDUCATION OF J. STERLING MORTON HIGH SCHOOL DISTRICT 201,<br>Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:15-cv-10330<br>Northern District of Illinois, Eastern Division<br>District Judge Milton I. Shadur |

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**, filed on February 24, 2017, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:

Christine Duff Hodkins
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate(form ID: 137)**